UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,          ) | |
|     Plaintiff,         ) | |
|                          ) | |
| v.                               ) | DOCKET NO. 04-10429-WGY |
|                          ) | |
| CELEDON SECURITY SERVICES, INC., ) | |
| RODNEY BUTLER, KEITH GREEN;    ) | |
| AND ABEDEKADER KOUIDRI,         ) | |
|     Defendants.                    ) | |

## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF PROCESS ON THE NAMED INDIVIDUAL DEFENDANTS

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves for an extension of time for service of process on the named individual defendants Rodney Butler, Keith Green and Abedekader Kouidri. Plaintiff seeks an additional **90 days** to complete service of process. In support of this motion, Plaintiff relies upon the attached Affidavit of Richard A. Mulhearn and the following statements.

1. This is an employment discrimination complaint based on sexual harassment, gender discrimination and retaliation.

2. The complaint was filed on 3/1/04. The 120 days for service of process under Fed. R. Civ. P. 4(m) expires on 6/29/04.

3. Plaintiff has served the corporate defendant. A waiver of service of summons has been obtained and is being filed with the Court.

4. However, in attempting to obtain similar waivers of service of summons for the individual defendants, Plaintiff has learned that none of the named individual defendants are still employed by the corporate defendant and that no waivers of service of summonses for them would be forthcoming from the corporate defendant.

2

5.	Plaintiff has obtained from counsel for the corporate defendant the last known residential addresses for the individual defendants.  Plaintiff is in the process of requesting waivers of service of summons of these defendants.  If the waivers are obtained, it is likely that it will not occur within the 120-day period.  If waivers are not executed, Plaintiff will need the additional time to make service under the rules.

WHEREFORE, Plaintiff respectfully requests the Court to allow Plaintiff an additional **90 days** to complete service of process on the individual defendants.

MARY NEWELL,

By her attorney,

_____
Richard A. Mulhearn
BBO #359680
Law Offices of Richard A. Mulhearn
41 Elm Street
Worcester, MA  01609
(508) 753-9999

Dated: June 9, 2004.