UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>CELEDON SECURITY SERVICES, INC.,  )<br>RODNEY BUTLER, KEITH GREEN;  )<br>AND ABEDEKADER KOUIDRI,  )<br>    Defendants.  )| DOCKET NO.  04-10429-WGY |

### AFFIDAVIT OF RICHARD A. MULHEARN

Richard A. Mulhearn, upon his oath, deposes and says:

1. I am counsel for Plaintiff Mary Newell in this action.

2. I make this Affidavit in support of Plaintiff's motion for an extension of time for service of process on the named individual defendants Rodney Butler, Keith Green and Abedekader Kouidri.

3. This is an employment discrimination complaint based on sexual harassment, gender discrimination and retaliation.

4. The complaint was filed on 3/1/04. The 120 days for service of process under Fed. R. Civ. P. 4(m) expires on 6/29/04.

5. Plaintiff has served the corporate defendant. A waiver of service of summons has been obtained and is being filed with the Court.

6. However, in attempting to obtain similar waivers of service of summons for the individual defendants, Plaintiff has learned that none of the named individual defendants are still employed by the corporate defendant and that no waivers of service of summonses for them would be forthcoming from the corporate defendant.

2

5.    I have obtained from counsel for the corporate defendant the last known residential addresses for the individual defendants. I am currently requesting waivers of service of summons from these defendants. If the waivers are obtained, it is likely that it will not occur within the 120-day period. If waivers are not executed, I will need the additional time to make service under the rules.

Signed under the penalties of perjury this 9th day of June 2004.

_____
Richard A. Mulhearn