UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,                              )  |   |
|     Plaintiff,                              )  |   |
|                                                            )  |   |
| v.                                                       )  | DOCKET NO. 04-10429-WGY |
|                                                            )  |   |
| CELADON SECURITY SERVICES, INC., ) |   |
| RODNEY BUTLER, KEITH GREEN;   ) |   |
| AND ABEDEKADER KOUIDRI,          ) |   |
|     Defendants.                         )  |   |

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME
## TO FILE ANSWER TO COUNTERCLAIM

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff respectfully moves for an extension of time to file an answer to the counterclaim asserted by Defendant Celadon Security Services, Inc. in its answer to the complaint. Plaintiff requests an extension of time until August 6, 2004. In support of this motion, Plaintiff states the following.

1. Defendant Celadon Security Services, Inc. asserted a counterclaim for abuse of process against Plaintiff in its answer to the complaint served on June 10, 2004.

2. Due to a heavy litigation schedule, Plaintiff's counsel inadvertently failed to notice that a counterclaim had been asserted in the answer.

3. Defendant Celadon Security Services, Inc. has assented to this motion.

WHEREFORE, Plaintiff respectfully requests the Court to allow the requested extension of time to file an answer to the counterclaim until August 6, 2004.

MARY NEWELL,

By her attorney,

/ s /  Richard A. Mulhearn
Richard A. Mulhearn, Esquire
BBO #359680
Law Offices of Richard A. Mulhearn
41 Elm Street
Worcester, MA  01609
(508) 753-9999

**ASSENTED TO:**

CELADON SECURITY SERVICES, INC.,

By its attorney,

/ s /  Edward D. Kutchin
Edward D. Kutchin, Esquire
BBO #281920
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA  02110
(617) 542-3000

Dated: July 30, 2004.

2