UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,        )<br>    Plaintiff,    )<br>                        )<br>v.                    )<br>                        )<br>CELADON SECURITY SERVICES, INC., )<br>RODNEY BUTLER, KEITH GREEN;   )<br>AND ABEDEKADER KOUIDRI,    )<br>    Defendants.        ) | DOCKET NO. 04-10429-WGY |

### PLAINTIFF'S ANSWER TO COUNTERCLAIM
### OF DEFENDANT CELEDON SECURITY SERVICES, INC.

Plaintiff responds to the numbered allegations of the counterclaim of Defendant Celadon Security Services, Inc. as follows:

1. Plaintiff admits that she has filed claims against Celadon for sex discrimination, sexual harassment and retaliation. Plaintiff denies the remaining allegations.

2. Denied.

3. Plaintiff admits that the MCAD dismissed Plaintiff's complaint, but adds that the MCAD specifically determined that it was not certifying that Celedon was in compliance with the discrimination statutes and that no finding was made regarding any other issues that might be construed as having been raised by Plaintiff's complaint. Plaintiff denies the remaining allegations.

4. Denied.

5. Denied.

### First Affirmative Defense

The counterclaim fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

The counterclaim is frivolous, insubstantial or not advanced in good faith in violation of M.G.L. c. 231, §6F.

### Third Affirmative Defense

Plaintiff's actions and conduct were lawful, justified and privileged.

### Fourth Affirmative Defense

Plaintiff's filing of this complaint against Celadon is protected activity under Title VII and M.G.L. c. 151B and Celadon's counterclaim represents retaliation and reprisal for Plaintiff's engaging in such protected activity.

### Fifth Affirmative Defense

The counterclaim is barred by the doctrine of unclean hands.

WHEREFORE, Plaintiff requests that Defendant Celadon's counterclaim against her be dismissed with prejudice and that Plaintiff be awarded her reasonable attorneys' fees and costs of defending against the counterclaim.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

MARY NEWELL,

By her attorney,

/ s / Richard A. Mulhearn
Richard A. Mulhearn, Esquire
BBO# 359680
Law Offices of Richard A. Mulhearn
41 Elm Street
Worcester, MA 01609
Tel: (508) 753-9999

Dated: August 3, 2004.