UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUL 27  A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

MARY NEWELL,
    Plaintiff,

v.

CELEDON SECURITY SERVICES, INC.,
RODNEY BUTLER, KEITH GREEN;
AND ABEDEKADER KOUIDRI,
    Defendants.

DOCKET NO. 04-10429-WGY

### CERTIFICATION OF PLAINTIFF AND PLAINTIFF'S COUNSEL

The undersigned hereby certify that we have conferred:

a)    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_Mary Newell_
Mary Newell
Plaintiff

_Richard A. Mulhearn_
Richard A. Mulhearn
Counsel for Plaintiff

Dated: July 9, 2004.

I HEREBY CERTIFY THAT A TRUE COPY OF
THE ABOVE DOCUMENT WAS SERVED
UPON THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY BY MAIL/HAND ON:
7/26/04