UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY NEWELL,
　　　　　Plaintiff

v.

CELADON SECURITY SERVICES,
INC., RODNEY BUTLER, KEITH
GREEN AND ABEDEKADER KOUIDRI,
　　　　　Defendants

CIVIL ACTION NO.:
04-10429-WGY

## CERTIFICATION OF DEFENDANT
## CELADON SECURITY SERVICES, INC.

We, the undersigned, Edward D. Kutchin, Esq., counsel for defendant Celadon Security

Services, Inc. ("Celadon"), and the undersigned authorized representative of Celadon Security

Services, Inc., hereby affirm that we have conferred with a view to establishing a budget for the

cost of conducting the full course – and various alternative courses including mediation – for the

litigation and have considered the resolution of the litigation through the use of alternative

dispute resolution programs such as those outlined in LR 16.4.


/s/ Francis E. Kenney
Francis E. Kenney
President
Celadon Security Services, Inc.
77 North Washington Street
Boston, MA 02114

/s/ Edward D. Kutchin
Edward D. Kutchin, Esq.
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA 02110


F:\3687\Pleadings\Certification_LR 16.4_For Filing.Doc