UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>      Plaintiff<br><br>v.<br><br>CELADON SECURITY SERVICES,<br>INC., RODNEY BUTLER, KEITH<br>GREEN AND ABEDEKADER KOUIDRI,<br>      Defendants | CIVIL ACTION NO.:<br>04-10429-WGY |

**NOTICE OF APPEARANCE OF KERRY R. NORTHUP**

    Please enter the appearance of Kerry R. Northup, Esq., of the law firm of Kutchin & Rufo, P.C., on behalf of the Defendant Celadon Security Services, Inc., in the above entitled case.

Dated: August 27, 2004
                               /s/ Kerry R. Northup
                               Kerry R. Northup, Esq.
                               BBO No. 633016
                               Kutchin & Rufo, P.C.
                               155 Federal Street
                               Boston, MA  02110
                               Tel. No.: (617) 542-3000

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date I served a true and correct copy of the foregoing by first class mail to Richard A. Mulhearn, Esquire, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609.

Dated: August 27, 2004
                               /s/ Kerry R. Northup
                               Kerry R. Northup

F:\3687\Pleadings\Notice of Appearance.doc