UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>　　　　Plaintiff<br><br>v.<br><br>CELADON SECURITY SERVICES,<br>INC., RODNEY BUTLER, KEITH<br>GREEN AND ABEDEKADER KOUIDRI,<br>　　　　Defendants | CIVIL ACTION NO.:<br>04-10429-WGY |

## WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of my appearance as attorney for the Defendant Celadon Security Services, Inc. ("Celadon") in the above entitled case.

Edward D. Kutchin of this firm is continuing to represent Celadon, and Kerry R. Northup of this firm is filing a Notice of Appearance simultaneously herewith.

Dated: August 27, 2004

/s/ Andrew P. Stempler
Andrew P. Stempler, Esq.
BBO No. 559241
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA  02110
Tel. No.: (617) 542-3000

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing by first class mail to Richard A. Mulhearn, Esquire, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609.

Dated: August 27, 2004

/s/ Kerry R. Northup
Kerry R. Northup

F:\3687\Pleadings\Withdrawal of Appearance.doc