UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,       )<br>    Plaintiff,       )<br>                          )<br>v.                      )<br>                          )<br>CELADON SECURITY SERVICES, INC., )<br>RODNEY BUTLER, KEITH GREEN,  )<br>AND ABEDEKADER KOUIDRI,   )<br>    Defendants.      ) | DOCKET NO. 04-10429-JGD |

**THIRD AMENDED JOINT STATEMENT**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, the parties have conferred and submit the following amended Joint Statement in connection with the Scheduling Conference now scheduled for October 28, 2004.

### I.   Conference Agenda

1. Proposed Pre-Trial Schedule and Discovery Plan.

2. Possibility of Consent to Trial by Magistrate Judge.

3. Possibility of resolving this action through alternative dispute resolution.

### II.   Proposed Joint Discovery Plan

1. **Initial Disclosures.**  Initial disclosures to be served by November 5, 2004.

2. **Amendment to Pleadings**.  Motions to amend the pleadings to be made by November 15, 2004.

3. **Written Discovery Requests**.  Written discovery requests shall be served by December 31, 2004, and responded to within the time limit set forth in the Federal Rules of Civil Procedure or as extended by agreement of the parties or order of the Court.

4.      **Depositions of Fact Witnesses**.  Depositions of fact witnesses will be completed by April 29, 2005.

5.      **Requests for Admissions**.  Requests for Admissions, if any, shall be propounded by May 31, 2005 and responded to within the time limit set forth in the Federal Rules of Civil Procedure or as extended by agreement of the parties or order of the Court.

6.      **Status Conference**.  A Status Conference, if approved by the Court, shall occur in June 2005.

7.      **Expert Discovery**.    The parties shall designate trial experts and disclose information required by FRCP, Rule 26(a)(2) by May 31, 2005.  Expert depositions shall be completed by July 31, 2005.

### III.      Proposed Motion Schedule

Rule 12 Motions to Dismiss and/or Rule 56 Motions for Summary Judgment shall be filed by July 31, 2005.   Responses to such dispositive motions shall be served within 30 days of service.

### IV.      Settlement and/or Case Management Conferences

A Settlement Conference and/or Case Management Conference shall take place at the discretion of the Court.  The parties recommend that the Court hold a final pre-trial conference at a time convenient for the Court and set a firm trial date.  Trial date to be on or after October 1, 2005.

### V.      Rule 16.1 Certification

The parties' Certifications pursuant to L.R. 16.1 are being filed separately.

### VI.      Trial by Magistrate

The parties agree to trial by magistrate.

3

| CELADON SECURITY SERVICES, INC. | MARY NEWELL, |
|---|---|
| By its attorneys, | By her attorney, |
| \_\_/ s / Edward D. Kutchin\_\_ | \_\_/ s / Richard A. Mulhearn\_\_ |
| Edward D. Kutchin, Esquire | Richard A. Mulhearn, Esquire |
| BBO #281920 | BBO #359680 |
| Kerry R. Northup, Esquire | Law Offices of Richard A. Mulhearn |
| BBO # 633016 | 41 Elm Street |
| Kutchin & Rufo, P.C. | Worcester, MA 01609 |
| 155 Federal Street | (508) 753-9999 |
| Boston, MA  02110 | |
| (617) 542-3000 | |

Dated:  October 25, 2004.