UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARY NEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 04-10429-JGD |
| | ) | |
| CELADON SECURITY SERVICES, INC., KEITH GREEN, RODNEY BUTLER, and ABEDEKADER KOUIDRI, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16 (b) and Local Rule 16.1, it is hereby ORDERED as follows:

A.   Service of Process:  The plaintiff shall serve the individual defendants, Keith Green and Rodney Butler, no later than **November 29, 2004**.

B.   Fact Discovery:

1. All initial disclosures shall be completed by **November 5, 2004.**

2. All motions to amend shall be filed by **November 15, 2004**.

3. All document requests and written interrogatories shall be served by **December 31, 2004**.

4. All fact discovery shall be completed by **April 29, 2005**.

5. All requests for admissions shall be served by **May 31, 2005**.

  C. Dispositive Motions:  Any dispositive motions shall be filed by **May 31, 2005**.

  D. A status conference is scheduled for **Tuesday, April 26, 2005, at 2:30 P.M.**  At that time, the parties shall be prepared to discuss:

    1. the status of the case;

    2. scheduling for the remainder of the case through trial;

    3. the use of Alternative Dispute Resolution ("ADR"); and

    4. consent to trial before the magistrate judge by the remaining defendants who have not yet consented.

  E. The parties shall submit a brief joint statement no later than five (5) days before the status conference addressing the issues itemized in paragraph D above. With respect to items D(3) and D(4), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge

DATED:  October 28, 2004