%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern _____ **District of** Massachusetts _____

Mary Newell

V.

Keith Green, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04  10429

TO: (Name and address of Defendant)

Keith Green
179 Dover St.
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Mulhearn, Esquire
41 Elm St.
Worcester, MA 01609
(508) 753-9999

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____                    _____
CLERK                                              DATE

_____
(By) DEPUTY CLERK

NOVEMBER 1, 2004



## *QUICKSERV*

**ALLSTATE PROCESS SERVERS**

▲

# RETURN OF SERVICE

*I this day summoned the within named* KEITH GREEN

*to appear as within directed by delivering to* TWC ATTEMPTS, ADDRESS
CONFIRMED BY NAME ON DOOR,
COPY LEFT TAPED TO DOOR,
SECOND COPY MAILED

**X**    *leaving at last and usual place of abode, to wit:*

*No.*    179 DOVER ST.
*in the* BROCKTON    *District of said* PLYMOUTH    *County an attested*
*copy of the SUMMONS AND COMPLAINT*

*Service and travel*    28

*Paid Witness*

*it being necessary I actually used a
motor vehicle in the distance of*
25    *miles in the service of
this process*

*Joseph Fallon*

Process Server