AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Mary Newell

V.

Rodney Butler, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10429 WGC
JGD

TO: (Name and address of Defendant)

Rodney Butler
38 Rutland St.
Brockton, MA 02301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard A. Mulhearn, Esquire
41 Elm St.
Worcester, MA 01609
(508) 753-9999

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                    DATE

(By) DEPUTY CLERK

NOVEMBER 1, 2004

## *QUICKSERV*
### ALLSTATE PROCESS SERVERS

# RETURN OF SERVICE

*I this day summoned the within named* RODNEY BUTLER

*to appear as within directed by delivering to*   TWO ATTEMPTS, FEMALE RESIDENT WAS HOME WOULD NOT PROVIDE ANY INFORMATION, COPY LEFT TAPED TO DOOR, SECOND COPY MAILED

**X**   *leaving at last and usual place of abode, to wit:*

No.   38 RUTLAND ST.
*in the* BROCKTON   *District of said* PLYMOUTH   *County an attested copy of the* SUMMONS AND COMPLAINT

*Service and travel*   28

*Paid Witness*

*it being necessary I actually used a motor vehicle in the distance of* 25 *miles in the service of this process*

*Joseph Fallon*
Process Server