UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | DOCKET NO. 04-10429- JGD |
| ) | |
| CELADON SECURITY SERVICES, INC., ) | |
| RODNEY BUTLER, KEITH GREEN; ) | |
| AND ABEDEKADER KOUIDRI, ) | |
|     Defendants. ) | |

## REQUEST FOR ENTRY OF DEFAULT AGAINST
## DEFENDANTS RODNEY BUTLER AND KEITH GREEN

Pursuant to Rule 55(a), Plaintiff hereby requests that default be entered against Defendants Rodney Butler and Keith Green. Plaintiff states:

1.  The Complaint and summons was served on Defendant Rodney Butler on November 1, 2004 at his last and usual place of abode and by regular mail.

2.  The Complaint and summons was served on Defendant Keith Green on November 1, 2004 at his last and usual place of abode and by regular mail.

3.  Returns of service have been previously filed with the Court.

4.	Neither Defendant Rodney Butler nor Keith Green has answered or otherwise responded to the Complaint, despite the passage of more than 20 days since service.

                MARY NEWELL

                By her attorney,

                / s / Richard A. Mulhearn
                Richard A. Mulhearn
                BBO:  359680
                Law Offices of Richard A. Mulhearn
                41 Elm Street
                Worcester, MA 01609
                Tel:  (508) 753-9999

Dated:  January 13, 2005.