UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>MARY NEWELL</u>
    **Plaintiff**

  v.

<u>CELEDON SECURITY</u>
<u>SERVICES, INC., et al.</u>
    **Defendant**

CIVIL ACTION
NO.  <u>04-10429-JGD</u>

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Mary Newell</u>, for an order of Default for failure of the Defendant, <u>Rodney Butler</u>, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the said Defendant has been defaulted this <u>19th</u> day of <u>January, 2005</u>.

(NOTE: Counsel shall submit a Motion for Default Judgment and a Proposed order of Final Judgment within 14 days of this receipt.)

            TONY ANASTAS
            CLERK OF COURT


            By: <u>  / s / Jolyne D'Ambrosio  </u>
DATED:  January 19, 2005       Deputy Clerk