UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY NEWELL
       Plaintiff

v.

CELEDON SECURITY
SERVICES, INC., et al.
       Defendant

CIVIL ACTION
NO.  04-10429-JGD

## NOTICE OF DEFAULT

Upon application of the Plaintiff, __Mary Newell__, for an order of Default for failure of the Defendant, __Keith Green__, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the said Defendant has been defaulted this __19th__ day of __January, 2005__.

(NOTE: Counsel shall submit a Motion for Default Judgment and a Proposed order of Final Judgment within 14 days of this receipt.)

TONY ANASTAS
CLERK OF COURT

By:  / s / Jolyne D'Ambrosio
     Deputy Clerk

DATED:  January 19, 2005