UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>       Plaintiff,<br><br>v.<br><br>CELADON SECURITY SERVICES, INC., RODNEY BUTLER, KEITH GREEN, AND ABEDEKADER KOUIDRI,<br>       Defendants. | CIVIL ACTION NO.:<br>04-10429-JGD |

AFFIDAVIT OF EDWARD D. KUTCHIN IN SUPPORT OF DEFENDANT
CELADON SECURITY SERVICES, INC.'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND FOR COSTS

      This Affidavit is made by Edward D. Kutchin and is submitted by Defendant Celadon Security Services, Inc. in support of its Motion to Compel Production of Documents and For Costs.

      I, Edward D. Kutchin, on oath do hereby depose and say as follows:

1.     I am a resident of the Commonwealth of Massachusetts and am duly licensed to practice law therein with offices at 155 Federal Street, Boston, Suffolk County, Massachusetts.

2.     I was admitted to practice as an attorney in the Commonwealth of Massachusetts in 1978 and have concentrated my practice in the area of civil litigation, real estate and business law since that time.

3.     I am currently a shareholder in the law firm of Kutchin & Rufo, P.C. in a practice emphasizing the areas described above and involving an active practice before all courts of this Commonwealth.

4.     I make this Affidavit upon personal knowledge of the facts herein contained.

5.     In connection with the above matter, the law firm of Kutchin & Rufo, P.C. represents the Defendant Celadon Security Services, Inc. ("Celadon").

6.      In connection with professional services related to litigation matters, my services are currently billed to clients at the rate of $400.00 per hour and associates are billed to clients at the rate of $300.00 per hour, which in my opinion is both fair and reasonable.

7.      As a result of the Plaintiff, Mary Newell's, intentional failure to comply with her discovery obligations under Fed. R. Civ. P. Rules 26(a) and 34, Celadon was forced to file its Motion to Compel Production of Documents and For Costs (the "Motion"). Specifically, Ms. Newell's frivolous conduct necessitated that Celadon prepare and file the Motion as well as this supporting Affidavit. The preparation of both documents and the examination of the relevant case law took a total of one hour of my time and 2.5 hours of my associate's time.

8.      Ms. Newell's conduct necessitated the filing of this Motion and the incurring of reasonable attorneys' fees through March 3, 2005, in the amount of $1,150.

10.      I am familiar with the fees and costs charged within the Commonwealth of Massachusetts for like matters and based upon the nature and extent of the legal and factual issues involved in the case, the conduct of Ms. Newell, the competence demonstrated by counsel, the merits of the Motion, and the objective worth of the legal services rendered by Celadon's counsel in this case, I believe that the legal fees incurred to prosecute this case from inception through the present date are fair and reasonable based upon the time spent.

Subscribed and sworn to under the pains and penalties of perjury this 3rd day of March, 2005.

                                           /s/ Edward D. Kutchin
                                           Edward D. Kutchin

G:\Files 2\3687\Documents\Affidavit Of EDK.DOC