UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>        Plaintiff,<br><br>v.<br><br>CELADON SECURITY SERVICES, INC., RODNEY BUTLER, KEITH GREEN, AND ABEDEKADER KOUIDRI,<br>        Defendants. | CIVIL ACTION NO.:<br>04-10429-JGD |

DEFENDANT CELADON SECURITY SERVICES, INC.'S MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM

Defendant Celadon Security Services, Inc. hereby moves, pursuant to Local Rule 7.1(B)(3), for leave to file a Reply Memorandum of Law in answer to Plaintiff's Response to Defendant's Motion to Compel Production of Medical Records and Plaintiff's Cross Motion for a Protective Order. In support thereof, Celadon states that the opposition and cross-motion raises new issues of fact and law not addressed in the initial motion. The proposed Reply Memorandum is necessary to address and respond to these and other arguments raised for the first time in the opposition and cross motion, and will materially aid the Court in deciding the pending motion.

A copy of the proposed Reply Memorandum of Law, totaling six (6) pages, is attached hereto.

WHEREFORE, Celadon respectfully requests that this Court allow its motion for leave to file a reply memorandum to the opposition, and grant such other and further relief that the Court deems just and proper.

Celadon Security Services, Inc.,

By its attorneys,


/s/ Kerry R. Northup
Edward D. Kutchin, Esq.
BBO No. 281920
Kerry R. Northup, Esq.
BBO No. 633016
Kutchin & Rufo, P.C.
155 Federal Street
Boston, MA  02110-2210
(617) 542-3000


**CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1(A)**

On behalf of Defendant Celadon Security Services, Inc., by and through undersigned counsel, I hereby certify that an attempt was made by undersigned counsel to attempt to resolve or narrow the issues raised in the above motion, pursuant to Local Rule 37.1.

/s/ Kerry R. Northup
Kerry R. Northup


**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a true and correct copy of the foregoing by mailing a copy of same, postage prepaid, to Richard A. Mulhearn, Esquire, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609.


/s/ Kerry R. Northup
Dated: March 18, 2005                                    Kerry R. Northup

F:\3687\Pleadings\Motion To File Reply.Doc