UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,                             )<br>                                          )<br>    Plaintiff,                           )<br>  v.                                      )<br>                                          )<br>CELADON SECURITY SERVICES,               )<br>INC., KEITH GREEN, RODNEY BUTLER,        )<br>and ABEDEKADER KOUIDRI,                  )<br>                                          )<br>    Defendants.                          ) | CIVIL ACTION<br>NO. 04-10429-JGD |

## ORDER ON DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Following a hearing before this Court on March 29, 2005, it is hereby Ordered that the "Defendant's Motion to Compel Production of Documents and for Costs" (Docket No. 24) and the "Plaintiff's Cross-Motion for Protective Order" (Docket No. 25) are each ALLOWED IN PART and DENIED IN PART as follows:

1. Plaintiff is ordered to produce the records and documents that are responsive to the Defendant Celadon Security's document request and that relate to her emotional condition, including psychiatric records, for the two year period prior to Plaintiff's employment with Celadon.

2. Based on Plaintiff's representation that she is not seeking damages for any exacerbation or aggravation of any pre-existing physical condition, Plaintiff does not have to produce any records or documents relating to pre-existing physical conditions.

3. Plaintiff shall produce the relevant records and documents by **April 13, 2005**. The document production shall be made subject to the existing confidentiality agreement between the parties.

4. Upon good cause shown, Celadon may file a motion seeking discovery of records and documents relating to the Plaintiff's emotional and psychiatric condition prior to the two year period ordered herein.

5. Nothing in this order shall constitute a judgment on the admissibility of such records and documents at trial.

6. Defendant's Motion for Costs is denied.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge

DATED: March 29, 2005