UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>CELADON SECURITY SERVICES, )<br>INC., KEITH GREEN, RODNEY )<br>BUTLER, and ABEDEKADER KOUIDRI )<br>)<br>    Defendants. ) | CIVIL ACTION<br>NO. 04-10429-JGD |

## **SCHEDULING ORDER**

Following a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. Fact discovery shall be completed by **May 10, 2005**.

2. Any discovery motions shall be filed by **May 10, 2005**. Responses to discovery motions shall be filed by **May 24, 2005**.

3. Any dispositive motions shall be filed by **May 31, 2005**. Responses to dispositive motions shall be filed by **June 30, 2005**.

4. Discovery relating to damages, including expert discovery, shall be stayed pending resolution of the dispositive motions.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
DATED: April 26, 2005                    United States Magistrate Judge