UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>      Plaintiff,<br><br>v.<br><br>CELADON SECURITY SERVICES, INC.,<br>RODNEY BUTLER, KEITH GREEN,<br>AND ABEDEKADER KOUIDRI,<br>      Defendants. | CIVIL ACTION NO.:<br>04-10429-JGD |

AFFIDAVIT OF STEVEN ZUCHOWSKI

I, Steven Zuchowski, do depose and say as follows:

1. My name is Steven Zuchowski and I am over the age of 18 and believe in the obligations of an oath. I make this affidavit on personal knowledge of the facts contained herein. I have worked for Celadon Security Services Inc. ("Celadon") for approximately 6 years as Vice President.

2. Celadon is in the business of providing security services to its various clients, generally by arranging for the presence of uniformed security officers at our clients' facilities.

3. Upon being hired, all new Celadon employees are required to review and confirm their receipt and understanding of Celadon's employment policies, as set forth in a document entitled "Celadon Employment Terms and Conditions." The document includes Celadon's policies with respect to prohibiting discrimination.

4. Mary Newell was employed by Celadon as a security officer from December of 2000 until she resigned on May 18, 2001.

5. Abedekader Koudri, another employee of Celadon, was also a security officer during his entire employment with Celadon.

6. At no time did Mr. Koudri have any supervisory authority with respect to any other employee of Celadon, including Ms. Newell.

7. At no point during his employment with Celadon was any complaint made against Mr. Koudri by any other employee, or by any client, whether for sexual harassment or any other type of discriminatory conduct.

8. All Celadon employees are required to wear either a Celadon authorized security uniform, or a suit, at all times when on duty. Security officers are required to wear Celadon authorized security uniforms at all times, while certain supervisors are required to wear a suit. As security guard without supervisory authority, Mr. Koudri would therefore have been required to wear a security uniform for the entirety of any shifts he worked.

9. In May, 2001, Celadon had at least 150 security officers and responsibility for providing security to over 30 separate facilities.

10. The Employee Schedule Report, run July 3, 2001, for Ms. Newell is a true and correct report generated from Celadon's computer system which is used to track the hours and locations worked by Celadon's employees. Both the report and the documents used to generate the report represent documents compiled and generated by Celadon in the ordinary course of its business.

11. The Discipline Action Report, dated May 7, 2001, is a true and correct copy of a document from Celadon's files, which document was generated in the ordinary course of its business.

12. The "Last Minute Fill-in" reports ("LFI") for the weeks of 5/5/01 and 5/12/01 are true and correct copies of documents from Celadon's files, which documents were generated in the ordinary course of its business.

13. The LFI report for May 11, 2001 indicates that Newell was assigned to work from 5:00 p.m. to 12:00 a.m. The LFI report for May 12, 2001 further indicated that Newell's shift extended into that day. Although the entry for Newell was "whited out" on the original LFI, due to her failure to work such shift, a close analysis of the page indicates that Newell's name is barely legible on the bottom of such shift. A review of the Marina Bay shifts on Friday and Saturday evenings on other dates on the LFI, such as for the evenings of May 12-13 and 18-19, also clearly shows that the regular shift at Marina Bay on Friday and Saturday evenings was from 5:00 p.m. to 1:00 a.m.

14. The Separation Form, dated May 18, 2001, of Mary Newell is a true and correct copy of a document from Celadon's files, which document was generated in the ordinary course of its business.

15. The Payroll Registers for Ms. Newell and Mr. Koudri, bates stamp nos. C219-C221 and C129-130 are true and correct copies of documents from Celadon's files, which documents were generated by Celadon in the ordinary course of its business.

SUBSCRIBED TO AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31st DAY OF MAY, 2005

_____
Steven T. Zuchowski