# Employee Schedule Report

**MPLOYEE SCHEDULE LIST**          **Run Date:** 07/03/2001
me: NEWELL, MARY
yCode: 0117
mber: 117

| te | Location | St | Day | Scheduled St |
|---|---|---|---|---|
| /12/2000 | LENA PARK COMM. DEVEL | 10 | Tue | 17:00 |
| /13/2000 | LENA PARK COMM. DEVEL | 10 | Wed | 17:00 |
| /14/2000 | LENA PARK COMM. DEVEL | 10 | Thu | 17:00 |
| /15/2000 | LENA PARK COMM. DEVEL | 10 | Fri | 17:00 |
| /18/2000 | LENA PARK COMM. DEVEL | 10 | Mon | 17:00 |
| /19/2000 | LENA PARK COMM. DEVEL | 10 | Tue | 17:00 |
| /20/2000 | LENA PARK COMM. DEVEL | 10 | Wed | 17:00 |
| /21/2000 | LENA PARK COMM. DEVEL | 10 | Thu | 17:00 |
| /22/2000 | LENA PARK COMM. DEVEL | 10 | Fri | 17:00 |
| /26/2000 | LENA PARK COMM. DEVEL | 10 | Tue | 17:00 |
| /27/2000 | LENA PARK COMM. DEVEL | 10 | Wed | 17:00 |
| /28/2000 | LENA PARK COMM. DEVEL | 10 | Thu | 17:00 |
| /29/2000 | LENA PARK COMM. DEVEL | 10 | Fri | 17:00 |
| /02/2001 | LENA PARK COMM. DEVEL | 10 | Tue | 17:00 |
| /03/2001 | LENA PARK COMM. DEVEL | 10 | Wed | 17:00 |
| /04/2001 | LENA PARK COMM. DEVEL | 10 | Thu | 17:00 |
| /05/2001 | LENA PARK COMM. DEVEL | 10 | Fri | 17:00 |
| /08/2001 | LENA PARK COMM. DEVEL | 10 | Mon | 17:00 |
| /09/2001 | LENA PARK COMM. DEVEL | 10 | Tue | 17:00 |
| /10/2001 | LENA PARK COMM. DEVEL | 10 | Wed | 17:00 |
| /11/2001 | LENA PARK COMM. DEVEL | 10 | Thu | 17:00 |
| /12/2001 | LENA PARK COMM. DEVEL | 10 | Fri | 17:00 |
| /16/2001 | LENA PARK COMM. DEVEL | 10 | Tue | 17:00 |
| /17/2001 | LENA PARK COMM. DEVEL | 10 | Wed | 17:00 |
| /18/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /19/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:00 |
| /22/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /23/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| /24/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:30 |
| /25/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /26/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:30 |
| /29/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /30/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |

**C019**

| Date | Description | | Day | Time |
|---|---|---|---|---|
| /31/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:30 |
| /01/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /02/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:30 |
| /05/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /06/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| /07/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:30 |
| /08/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /09/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:30 |
| /12/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /13/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| /14/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:30 |
| /15/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /16/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:30 |
| /19/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /20/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| /21/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:30 |
| /22/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /23/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:30 |
| /26/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /27/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| /28/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:30 |
| 3/01/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| 3/02/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:30 |
| 3/03/2001 | CONTEMPO CASUALS | 10 | Sat | 11:30 |
| 3/05/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| 3/06/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| 3/07/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:00 |
| 3/08/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| 3/09/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:00 |
| 3/12/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| 3/13/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| 3/14/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:00 |
| 3/15/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| 3/16/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:00 |
| 3/19/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| 3/20/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| 3/21/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:00 |
| 3/22/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| 3/23/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:00 |

C020

| Date | Location | Hours | Day | Time |
|---|---|---|---|---|
| /24/2001 | BOSTON ROAD SUPERVISOR | 10 | Sat | 11:00 |
| /25/2001 | OKS - CONSTRUCTION | 10 | Sun | 09:00 |
| /26/2001 | OKS - CONSTRUCTION | 10 | Mon | 00:00 |
| /26/2001 | HORIZON EAST CONDOMINIUM | 10 | Mon | 14:00 |
| /27/2001 | HORIZON EAST CONDOMINIUM | 10 | Tue | 14:00 |
| /28/2001 | HORIZON EAST CONDOMINIUM | 10 | Wed | 14:00 |
| /29/2001 | HORIZON EAST CONDOMINIUM | 10 | Thu | 14:00 |
| /30/2001 | HORIZON EAST CONDOMINIUM | 10 | Fri | 14:00 |
| /31/2001 | OKS - CONSTRUCTION | 10 | Sat | 08:00 |
| /01/2001 | OKS - CONSTRUCTION | 10 | Sun | 08:00 |
| /02/2001 | 24 FEDERAL STREET | 10 | Mon | 15:00 |
| /03/2001 | 24 FEDERAL STREET | 10 | Tue | 15:00 |
| /04/2001 | 3 POST OFFICE SQUARE | 10 | Wed | 15:00 |
| **/05/2001** | **PARKSIDE CONDOS** | **10** | **Thu** | **08:00** |
| /06/2001 | 3 POST OFFICE SQUARE | 10 | Fri | 07:00 |
| /06/2001 | 3 POST OFFICE SQUARE | 10 | Fri | 15:00 |
| /07/2001 | OKS - CONSTRUCTION | 10 | Sat | 08:00 |
| /08/2001 | OKS - CONSTRUCTION | 10 | Sun | 08:00 |
| /09/2001 | 24 FEDERAL STREET | 10 | Mon | 15:00 |
| /10/2001 | 24 FEDERAL STREET | 10 | Tue | 15:00 |
| **/10/2001** | **24 FEDERAL STREET** | **10** | **Tue** | **18:00** |
| /11/2001 | 24 FEDERAL STREET | 10 | Wed | 15:00 |
| /12/2001 | 24 FEDERAL STREET | 10 | Thu | 15:00 |
| /13/2001 | 24 FEDERAL STREET | 10 | Fri | 15:00 |
| /14/2001 | OKS - CONSTRUCTION | 10 | Sat | 08:00 |
| /14/2001 | SCHOOL STREET | 10 | Sat | 16:00 |
| /15/2001 | OKS - CONSTRUCTION | 10 | Sun | 08:00 |
| **4/15/2001** | **PARKSIDE CONDOS** | **10** | **Sun** | **16:00** |
| 4/16/2001 | 24 FEDERAL STREET | 10 | Mon | 15:00 |
| 4/17/2001 | 24 FEDERAL STREET | 10 | Tue | 15:00 |
| 4/17/2001 | 24 FEDERAL STREET | 10 | Tue | 18:00 |
| 4/18/2001 | 24 FEDERAL STREET | 10 | Wed | 15:00 |
| 4/19/2001 | PARKSIDE CONDOS | 10 | Thu | 16:00 |
| 4/20/2001 | 24 FEDERAL STREET | 10 | Fri | 15:00 |
| 4/21/2001 | OKS - CONSTRUCTION | 10 | Sat | 08:00 |
| 4/21/2001 | SCHOOL STREET | 10 | Sat | 15:00 |
| 4/22/2001 | OKS - CONSTRUCTION | 10 | Sun | 08:00 |
| 4/23/2001 | 24 FEDERAL STREET | 10 | Mon | 15:00 |
| 4/24/2001 | 24 FEDERAL STREET | 10 | Tue | 15:00 |

C021

| Date | Location | | Day | Time |
|---|---|---|---|---|
| /25/2001 | 24 FEDERAL STREET | 10 | Wed | 15:00 |
| /26/2001 | 3 POST OFFICE SQUARE | 10 | Thu | 07:00 |
| /26/2001 | 3 POST OFFICE SQUARE | 10 | Thu | 15:00 |
| /27/2001 | 24 FEDERAL STREET | 10 | Fri | 15:00 |
| /28/2001 | OKS - CONSTRUCTION | 10 | Sat | 16:00 |
| /28/2001 | OKS - CONSTRUCTION | 10 | Sat | 08:00 |
| /29/2001 | SCHOOL STREET | 10 | Sun | 09:30 |
| /29/2001 | OKS - CONSTRUCTION | 10 | Sun | 15:30 |
| /29/2001 | OKS - CONSTRUCTION | 10 | Sun | 08:00 |
| /29/2001 | OKS | 10 | Sun | 16:00 |
| /30/2001 | 24 FEDERAL STREET | 10 | Mon | 15:00 |
| 5/01/2001 | 24 FEDERAL STREET | 10 | Tue | 15:00 |
| 5/02/2001 | 24 FEDERAL STREET | 10 | Wed | 15:00 |
| 5/03/2001 | SEAPORT @ MARINA BAY | 10 | Thu | 17:00 |
| 5/04/2001 | 24 FEDERAL STREET | 10 | Fri | 07:00 |
| 5/04/2001 | 24 FEDERAL STREET | 10 | Fri | 15:00 |
| 5/05/2001 | OKS - CONSTRUCTION | 10 | Sat | 08:00 |
| 5/05/2001 | OKS | 10 | Sat | 16:00 |
| 5/06/2001 | OKS - CONSTRUCTION | 10 | Sun | 08:00 |
| 5/07/2001 | OKS | 10 | Mon | 16:00 |
| 5/08/2001 | 3 POST OFFICE SQUARE | 10 | Tue | 07:00 |
| 5/08/2001 | SEAPORT @ MARINA BAY | 10 | Tue | 17:00 |
| 5/09/2001 | SEAPORT @ MARINA BAY | 10 | Wed | 17:00 |
| 5/10/2001 | SEAPORT @ MARINA BAY | 10 | Thu | 17:00 |
| 5/11/2001 | SEAPORT @ MARINA BAY | 10 | Fri | 17:00 |

**C022**