# CELADON

# DISCIPLINARY ACTION REPORT

EMPLOYEE _Laurel Webb_ SITE _OKS._

DATE _5-5-01_ DAY _Sat_ SHIFT _4-12_ TIME _____

**REASON:**

| | | |
|---|---|---|
| NO CALL NO SHOW ( ) | TARDINESS ( ) | UNIFORM VIOLATION ( ) |
| LAST MINUTE KICK OUT ( ) | LEAVING SITE ( ) | LOGS NOT FILLED OUT ( ) |
| FAILURE TO PERFORM ( ) | SLEEPING ( ) | IMPROPER KEY CONTROL ( ) |
| APPEARANCE FAILURE ( ) | THEFT ( ) | INSUBORDINATION ( ) |
| ALCOHOL & DRUG ABUSE ( ) | | |

OTHER COMMENTS: _Complaint of sexual Harassment by employee touching + conversation by employee Tony Nowell_

***********************************************

## ACTION TAKEN BY SUPERVISOR

RELIEVED OF DUTY ( )   VERBAL WARNING ( )   TOLD TO CALL OFFICE ( )
WRITTEN WARNING ( )   TOLD TO REPORT TO OFFICE ( )   NO ACTION TAKEN ( )

SUPERVISOR: _Fred Dean_ SIGNATURE: _Ffd_ DATE _5-7-01_

***********************************************

## ACTION TAKEN BY OFFICE

FIRST OFFENSE ( )   SECOND OFFENSE ( )   THIRD OR MORE OFFENSE ( )
WRITTEN WARNING ( )   SUSPENSION ( )   TERMINATION ( )
REPORT DISMISSED ( )   PROBATION ( )   TRAINING CLASS ( )

OTHER/COMMENT: _Site Supervisor has referred Complaint to Rodney Butler - Celadon Office_

MANAGER: _____ SIGNATURE: _____ DATE: _____

***********************************************

## EMPLOYEE ACTION

( ) I HAVE READ THIS REPORT AND UNDERSTAND IT WILL BE MADE PART OF MY OFFICIAL RECORD. I UNDERSTAND THAT A REPEATED VIOLATION WILL RESULT IN MY DISMISSAL.

( ) I HAVE READ THIS REPORT AND WISH TO SPEAK WITH A COMPANY OFFICIAL BEFORE ANY FURTHER ACTION IS TAKEN.

EMPLYEE SIGNATURE: _____ DATE: _____

C002