# CELADON COMPANIES
## SEPARATION FORM



NAME  x Mary Newell     DATE  x 5-18-01

I am leaving the company for the following reason       I have given the company the following Notice:

1. Resignation  MW      2. Termination _____     1. No notice  MW     2. Two weeks _____
3. Other: _____                                   3. Other _____

I have returned all equipment and uniforms and      I have received my DET pamphlet which outlines my
received my last paycheck?                          rights:

1 Yes  Returned Tnx   2. No _____                 1. Yes  MW        2. No _____

I elect to remain on the company sponsored Health   I would rate Celadon as:
plan as mandated by COBRA.
                                                    1. Excellent _____     2. Good _____
1 Yes _____        2. No  MW                      3. Average _____       3. Poor  MW

I have no claims against Celadon or any of its
employees. If I answer Yes then I must explain in writing to
allow Celadon to rectify any valid claim. Failure to complete this     I authorize Celadon to release my employment
form will nullify any further claims against Celadon                   information to any Government agency or future prospective
1. Yes _____       Reason _____                                    employer

_____             1. Yes  MW        2. No _____

_____

_____             Mary Newell    5/18/01
                     2. No  MW                      SIGNATURE      DATE

### CELADON USE ONLY

MANAGER  R Butler            UNIFORMS RETURNED  ✓

NOTIFIED PAYROLL  ✓          BADGES RETURNED  ✓

TRAINING SHEET _____       TELEPHONE BOOK  ✓

REFERENCE:

GOOD  ✓      POOR _____    NOT ELIGIBLE FOR REHIRE _____

C004