```
PAYROLL REGISTER                    CHECK DATES  01/01/2000 TO 12/31/2000  /05/25/2001
CELADON SECURITY SERVICE - Z193     PERIOD BEGIN  / /   PERIOD END 12/22/2000     PAGE   1


EMPLOYEE NAME                HOURS      GROSS     FEDERAL     OASDI       STATE      LOCAL      TAXES      NET PAY
EMP ID   S S NO.      RATE              EARNINGS  EIC         MEDICARE    SDI        OTHER      DEDUCTS    CHECK NO


NEWELL, MARY                 20.00      160.00    0.20        9.92        2.57       0.00       15.01      144.99
   146  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  52  S2/S2                    0.00        2.32        0.00       0.00       0.00       811511
   E    1  REGULAR    8.500  16.00      136.00   400
   E    TR TRAINING   6.000   4.00       24.00   400
-----------------------------------------------------------------------------------------------------------------
NEWELL, MARY                 20.00      170.00    1.70       10.54        3.11       0.00       17.82      127.18
   146  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  52  S2/S2                    0.00        2.47        0.00       0.00       25.00      811676
   E    1  REGULAR    8.500  20.00      170.00   400                     D  UD UNIFORM DEPOSI   25.00
-----------------------------------------------------------------------------------------------------------------

* GUARDS                     40.00      330.00    1.90       20.46        5.68       0.00       32.83      272.17
   400                                            0.00        4.79        0.00       0.00       25.00
   1 EMPLOYEES      2 CHECKS
   E    1  REGULAR          36.00      306.00                            D  UD UNIFORM DEPOSI   25.00
   E    TR TRAINING          4.00       24.00

       EMPLOYER TAXES
       FED OASDI         168392.93    STATE SUI              25786.48    TOTAL ER TAXES         250375.99
       FED MEDICARE       39382.23    MA WORKFORCE TR         1459.59
       FED FUI            12752.46    MA HEALTH INSUR         2602.30

-----------------------------------------------------------------------------------------------------------------


* CELADON SECURITY SERVI     40.00      330.00    1.90       20.46        5.68       0.00       32.83      272.17
   Z193                                           0.00        4.79        0.00       0.00       25.00
   1 EMPLOYEES      2 CHECKS
   E    1  REGULAR          36.00      306.00                            D  UD UNIFORM DEPOSI   25.00
   E    TR TRAINING          4.00       24.00

       EMPLOYER TAXES
       FED OASDI         168392.93    STATE SUI              25786.48    TOTAL ER TAXES         250375.99
       FED MEDICARE       39382.23    MA WORKFORCE TR         1459.59
       FED FUI            12752.46    MA HEALTH INSUR         2602.30
```

C219

PAYCHEX INC.                           PHONE (781) 935-4500      FAX (781) 938-7724

```
PAYROLL REGISTER                    CHECK DATES 01/01/2001 TO 05/25/2001    05/29/2001
CELADON SECURITY SERVICE - Z193     PERIOD BEGIN 12/23/2000 PERIOD END 05/18/2001  PAGE   2


EMPLOYEE NAME                  HOURS      GROSS     FEDERAL    OASDI      STATE     LOCAL     TAXES      NET PAY
EMP ID   S S NO.       RATE              EARNINGS    EIC      MEDICARE     SDI      OTHER    DEDUCTS    CHECK NO

NEWELL, MARY                   25.00      212.50      7.50     13.18       5.17      0.00     28.93     183.57
   146  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  52  S2/S2                        0.00      3.08       0.00      0.00      0.00     813575
   E   1 REGULAR       8.500   25.00      212.50 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   25.00      212.50      7.50     13.18       5.17      0.00     28.93     183.57
   146  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  52  S2/S2                        0.00      3.08       0.00      0.00      0.00     813730
   E   1 REGULAR       8.500   25.00      212.50 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   36.00      306.00     21.53     18.97      10.01      0.00     54.95     251.05
   146  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  52  S2/S2                        0.00      4.44       0.00      0.00      0.00     813877
   E   1 REGULAR       8.500   36.00      306.00 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   47.00      411.25     37.31     25.50      15.45      0.00     84.22     327.03
   146  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  52  S2/S2                        0.00      5.96       0.00      0.00      0.00     814028
   E   1 REGULAR       8.500   40.00      340.00 400
   E   2 OVERTIME     12.750    4.00       51.00 400
   E   TR TRAINING     6.750    3.00       20.25 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   34.50      288.00     18.83     17.86       9.08      0.00     49.95     238.05
   146  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  52  S2/S2                        0.00      4.18       0.00      0.00      0.00     814169
   E   1 REGULAR       8.500   31.50      267.75 400
   E   TR TRAINING     6.750    3.00       20.25 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   52.50      499.38     50.53     30.96      20.01      0.00    108.74     390.64
   146  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  52  S2/S2                        0.00      7.24       0.00      0.00      0.00     814321
   E   1 REGULAR       8.500   40.00      340.00 400
   E   2 OVERTIME     12.750    3.00       38.25 400
   E   H HOLIDAY      12.750    9.50      121.13 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   46.00      416.50     38.10     25.82      15.72      0.00     85.68     330.82
   146  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  52  S2/S2                        0.00      6.04       0.00      0.00      0.00     814463
   E   1 REGULAR       8.500   40.00      340.00 400
   E   2 OVERTIME     12.750    6.00       76.50 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   63.50      609.63     67.07     37.80      26.17      0.00    139.88     469.75
   146  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  52  S2/S2                        0.00      8.84       0.00      0.00      0.00     814610
   E   1 REGULAR       8.500   40.00      340.00 400
   E   2 OVERTIME     12.750   18.50      235.88 400
   E   TR TRAINING     6.750    5.00       33.75 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                   65.50      665.13     75.61     41.24      29.28      0.00    155.77     509.36
   146  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  52  S2/S2                        0.00      9.64       0.00      0.00      0.00     814774
   E   1 REGULAR       8.500   40.00      340.00 400
   E   2 OVERTIME     12.750   25.50      325.13 400

------------------------------------------------------------------------------------------------------------------
NEWELL, MARY                    1.00        8.50      0.00      0.53       0.00      0.00      0.65      57.85
   146  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  52  S2/S2                        0.00      0.12       0.00      0.00    -50.00     814931
   E   1 REGULAR       8.500    1.00        8.50 400                D   UR UNIFORM REIMBU   -50.00

                                                                                              C220


PAYCHEX INC.                          PHONE (781) 935-4500       FAX (781) 938-7724
```

**PAYROLL REGISTER**  　　　　　　　　　CHECK DATES 01/01/2001 TO 05/25/2001   05/29/2001
**CELADON SECURITY SERVICE - Z193**   PERIOD BEGIN 12/23/2000 PERIOD END 05/18/2001   PAGE   1

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID   S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **NEWELL, MARY** | | 16.00 | 136.00 | 0.00 | 8.43 | 0.00 | 0.00 | 10.40 | 100.60 |
| 146  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  52  S2/S2 | | | | 0.00 | 1.97 | 0.00 | 0.00 | 25.00 | 811837 |
| E   1 REGULAR | 8.500 | 16.00 | 136.00  400 | | D  UD UNIFORM DEPOSI | | | 25.00 | |
| **NEWELL, MARY** | | 16.00 | 136.00 | 0.00 | 8.43 | 0.00 | 0.00 | 10.40 | 100.60 |
| 146  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  52  S2/S2 | | | | 0.00 | 1.97 | 0.00 | 0.00 | 25.00 | 811997 |
| E   1 REGULAR | 8.500 | 16.00 | 136.00  400 | | D  UD UNIFORM DEPOSI | | | 25.00 | |
| **NEWELL, MARY** | | 20.00 | 170.00 | 1.13 | 10.54 | 2.98 | 0.00 | 17.12 | 152.88 |
| 146  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  52  S2/S2 | | | | 0.00 | 2.47 | 0.00 | 0.00 | 0.00 | 812161 |
| E   1 REGULAR | 8.500 | 20.00 | 170.00  400 | | | | | | |
| **NEWELL, MARY** | | 14.00 | 119.00 | 0.00 | 7.38 | 0.00 | 0.00 | 9.11 | 110.89 |
| 146  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  52  S2/S2 | | | | 0.00 | 1.73 | 0.00 | 0.00 | -1.00 | 812322 |
| E   1 REGULAR | 8.500 | 14.00 | 119.00  400 | | D  R REIMBURSEMENT | | | -1.00 | |
| **NEWELL, MARY** | | 29.00 | 234.00 | 10.73 | 14.51 | 6.29 | 0.00 | 34.92 | 199.08 |
| 146  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  52  S2/S2 | | | | 0.00 | 3.39 | 0.00 | 0.00 | 0.00 | 812478 |
| E   1 REGULAR | 8.500 | 24.00 | 204.00  400 | | | | | | |
| E   TR TRAINING | 6.000 | 5.00 | 30.00  400 | | | | | | |
| **NEWELL, MARY** | | 24.00 | 204.00 | 6.23 | 12.65 | 4.73 | 0.00 | 26.57 | 177.43 |
| 146  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  52  S2/S2 | | | | 0.00 | 2.96 | 0.00 | 0.00 | 0.00 | 812630 |
| E   1 REGULAR | 8.500 | 24.00 | 204.00  400 | | | | | | |
| **NEWELL, MARY** | | 24.00 | 204.00 | 6.23 | 12.65 | 4.73 | 0.00 | 26.57 | 177.43 |
| 146  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  52  S2/S2 | | | | 0.00 | 2.96 | 0.00 | 0.00 | 0.00 | 812784 |
| E   1 REGULAR | 8.500 | 24.00 | 204.00  400 | | | | | | |
| **NEWELL, MARY** | | 24.00 | 204.00 | 6.23 | 12.65 | 4.73 | 0.00 | 26.57 | 177.43 |
| 146  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  52  S2/S2 | | | | 0.00 | 2.96 | 0.00 | 0.00 | 0.00 | 812939 |
| E   1 REGULAR | 8.500 | 24.00 | 204.00  400 | | | | | | |
| **NEWELL, MARY** | | 24.00 | 225.25 | 9.41 | 13.97 | 5.83 | 0.00 | 32.48 | 192.77 |
| 146  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  52  S2/S2 | | | | 0.00 | 3.27 | 0.00 | 0.00 | 0.00 | 813100 |
| E   1 REGULAR | 8.500 | 19.00 | 161.50  400 | | | | | | |
| E   H HOLIDAY | 12.750 | 5.00 | 63.75  400 | | | | | | |
| **NEWELL, MARY** | | 24.00 | 204.00 | 6.23 | 12.65 | 4.73 | 0.00 | 26.57 | 177.43 |
| 146  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  52  S2/S2 | | | | 0.00 | 2.96 | 0.00 | 0.00 | 0.00 | 813256 |
| E   1 REGULAR | 8.500 | 24.00 | 204.00  400 | | | | | | |
| **NEWELL, MARY** | | 38.50 | 327.25 | 24.71 | 20.29 | 11.11 | 0.00 | 60.86 | 266.39 |
| 146  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  52  S2/S2 | | | | 0.00 | 4.75 | 0.00 | 0.00 | 0.00 | 813416 |
| E   1 REGULAR | 8.500 | 32.50 | 276.25  400 | | | | | | |
| E   AD ADJUSTED HOURS | 8.500 | 6.00 | 51.00  400 | | | | | | |

C221

PAYCHEX INC.

**PAYROLL REGISTER**  CHECK DATES 01/01/2001 TO 05/21/2001   05/21/2001
**CELADON SECURITY SERVICE - Z193**  PERIOD BEGIN 12/23/2000 PERIOD END 05/11/2001  PAGE  2

| EMPLOYEE NAME<br>EMP ID   S S NO.   RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **KOUIDRI, ABDELKADER** | 35.00 | 297.50 | 28.62 | 18.45 | 10.65 | 0.00 | 62.03 | 235.47 |
| 64  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  52  S1/S1 | | | 0.00 | 4.31 | 0.00 | 0.00 | 0.00 | 814011 |
| E   1 REGULAR      8.500 | 35.00 | 297.50  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 217.08 |
| 64  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  52  S1/S1 | | | 0.00 | 3.94 | 0.00 | 0.00 | 0.00 | 814153 |
| E   1 REGULAR      8.500 | 32.00 | 272.00  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | 31.75 | 269.88 | 24.47 | 16.73 | 9.22 | 0.00 | 54.33 | 215.55 |
| 64  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  52  S1/S1 | | | 0.00 | 3.91 | 0.00 | 0.00 | 0.00 | 814306 |
| E   1 REGULAR      8.500 | 31.75 | 269.88  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 217.08 |
| 64  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  52  S1/S1 | | | 0.00 | 3.94 | 0.00 | 0.00 | 0.00 | 814446 |
| E   1 REGULAR      8.500 | 32.00 | 272.00  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | 31.75 | 269.88 | 24.47 | 16.73 | 9.22 | 0.00 | 54.33 | 215.55 |
| 64  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  52  S1/S1 | | | 0.00 | 3.91 | 0.00 | 0.00 | 0.00 | 814595 |
| E   1 REGULAR      8.500 | 31.75 | 269.88  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | 16.00 | 136.00 | 4.39 | 8.43 | 0.00 | 0.00 | 14.84 | 121.16 |
| 64  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  52  S1/S1 | | | 0.00 | 2.02 | 0.00 | 0.00 | 0.00 | 814754 |
| E   1 REGULAR      8.500 | 16.00 | 136.00  400 | | | | | | |
| **\* GUARDS** | 533.00 | 4524.51 | 439.98 | 280.48 | 170.10 | 0.00 | 956.17 | 3433.34 |
| 400 | | | 0.00 | 65.61 | 0.00 | 0.00 | 135.00 | |
| 1 EMPLOYEES   17 CHECKS | | | | | | | | |
| E   1 REGULAR | 509.00 | 4326.51 | | | D  RC RECORD CHECK | | 10.00 | |
| E   2 OVERTIME | 8.00 | 102.00 | | | D  UD UNIFORM DEPOSI | | 125.00 | |
| E   TR TRAINING | 16.00 | 96.00 | | | | | | |

**EMPLOYER TAXES**

| FED OASDI | 69429.31 | STATE SUI | 14276.13 | TOTAL ER TAXES | 109693.56 |
|---|---|---|---|---|---|
| FED MEDICARE | 16239.81 | MA WORKFORCE TR | 808.07 | | |
| FED FUI | 7608.87 | MA HEALTH INSUR | 1331.37 | | |

| **\* CELADON SECURITY SERVI** | 533.00 | 4524.51 | 439.98 | 280.48 | 170.10 | 0.00 | 956.17 | 3433.34 |
|---|---|---|---|---|---|---|---|---|
| Z193 | | | 0.00 | 65.61 | 0.00 | 0.00 | 135.00 | |
| 1 EMPLOYEES   17 CHECKS | | | | | | | | |
| E   1 REGULAR | 509.00 | 4326.51 | | | D  RC RECORD CHECK | | 10.00 | |
| E   2 OVERTIME | 8.00 | 102.00 | | | D  UD UNIFORM DEPOSI | | 125.00 | |
| E   TR TRAINING | 16.00 | 96.00 | | | | | | |

C129

**PAYCHEX INC.**   PHONE (781) 935-4500   FAX (781) 938-7724

**PAYROLL REGISTER**  CHECK DATES 01/01/2001 TO 05/21/2001   05/21/2001
**CELADON SECURITY SERVICE - Z193**  PERIOD BEGIN 12/23/2000 PERIOD END 05/11/2001  PAGE   1

| EMPLOYEE NAME | | HOURS | GROSS | FEDERAL | OASDI | STATE | LOCAL | TAXES | NET PAY |
| EMP ID  S S NO. | RATE | | EARNINGS | EIC | MEDICARE | SDI | OTHER | DEDUCTS | CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| **KOUIDRI, ABDELKADER** | | 16.00 | 96.00 | 6.76 | 5.95 | 4.96 | 0.00 | 19.06 | 76.94 |
| 64  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  52  S1/S1 | | | | 0.00 | 1.39 | 0.00 | 0.00 | 0.00 | 812300 |
| E   TR TRAINING | 6.000 | 16.00 | 96.00  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | | 19.50 | 165.75 | 17.22 | 10.28 | 8.57 | 0.00 | 38.47 | 127.28 |
| 64  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  52  S1/S1 | | | | 0.00 | 2.40 | 0.00 | 0.00 | 0.00 | 812456 |
| E   1 REGULAR | 8.500 | 19.50 | 165.75  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | | 48.00 | 442.00 | 58.66 | 27.40 | 22.86 | 0.00 | 115.33 | 326.67 |
| 64  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  52  S1/S1 | | | | 0.00 | 6.41 | 0.00 | 0.00 | 0.00 | 812609 |
| E   1 REGULAR | 8.500 | 40.00 | 340.00  400 | | | | | | |
| E   2 OVERTIME | 12.750 | 8.00 | 102.00  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | | 39.00 | 331.50 | 42.08 | 20.55 | 17.14 | 0.00 | 84.58 | 246.92 |
| 64  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  52  S1/S1 | | | | 0.00 | 4.81 | 0.00 | 0.00 | 0.00 | 812768 |
| E   1 REGULAR | 8.500 | 39.00 | 331.50  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | | 40.00 | 340.00 | 34.99 | 21.08 | 12.84 | 0.00 | 73.84 | 266.16 |
| 64  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  52  S1/S1 | | | | 0.00 | 4.93 | 0.00 | 0.00 | 0.00 | 812921 |
| E   1 REGULAR | 8.500 | 40.00 | 340.00  400 | | | | | | |
| **KOUIDRI, ABDELKADER** | | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 182.08 |
| 64  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  52  S1/S1 | | | | 0.00 | 3.94 | 0.00 | 0.00 | 35.00 | 813082 |
| E   1 REGULAR | 8.500 | 32.00 | 272.00  400 | | | D  RC RECORD CHECK | | 10.00 | |
| | | | | | | D  UD UNIFORM DEPOSI | | 25.00 | |
| **KOUIDRI, ABDELKADER** | | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 192.08 |
| 64  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  52  S1/S1 | | | | 0.00 | 3.94 | 0.00 | 0.00 | 25.00 | 813238 |
| E   1 REGULAR | 8.500 | 32.00 | 272.00  400 | | | D  UD UNIFORM DEPOSI | | 25.00 | |
| **KOUIDRI, ABDELKADER** | | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 192.08 |
| 64  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  52  S1/S1 | | | | 0.00 | 3.94 | 0.00 | 0.00 | 25.00 | 813399 |
| E   1 REGULAR | 8.500 | 32.00 | 272.00  400 | | | D  UD UNIFORM DEPOSI | | 25.00 | |
| **KOUIDRI, ABDELKADER** | | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 192.08 |
| 64  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  52  S1/S1 | | | | 0.00 | 3.94 | 0.00 | 0.00 | 25.00 | 813558 |
| E   1 REGULAR | 8.500 | 32.00 | 272.00  400 | | | D  UD UNIFORM DEPOSI | | 25.00 | |
| **KOUIDRI, ABDELKADER** | | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 192.08 |
| 64  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  52  S1/S1 | | | | 0.00 | 3.94 | 0.00 | 0.00 | 25.00 | 813712 |
| E   1 REGULAR | 8.500 | 32.00 | 272.00  400 | | | D  UD UNIFORM DEPOSI | | 25.00 | |
| **KOUIDRI, ABDELKADER** | | 32.00 | 272.00 | 24.79 | 16.86 | 9.33 | 0.00 | 54.92 | 217.08 |
| 64  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  52  S1/S1 | | | | 0.00 | 3.94 | 0.00 | 0.00 | 0.00 | 813860 |
| E   1 REGULAR | 8.500 | 32.00 | 272.00  400 | | | | | | |

C130

**PAYCHEX INC.**          PHONE (781) 935-4500     FAX (781) 938-7724