# Celadon I

## EMPLOYMENT TERMS & CONDITIONS

### DRUG SCREENING:

In connection with my application for employment with Celadon (the "the Company"), I agree to participate, where permitted by law in a drug screening program, conducted by the company, Wells Fargo Investigative Service and their respective employees and agents to test for the presence of controlled substances. I agree to take the required drug screening test at the time and place specified by the company. If I am hired, I also agree, where permitted by law., to take further drug screening tests **upon request at any time**. I understand that if I am involved in a work related accident on the job I will be tested for the presence of controlled substances and/or alcohol. I hereby release the company, Wells Fargo Investigative Services and their respective employees and agents from any and all claims that I may now or in the future have arising from or relating to the drug screening program and / or any action taken by the company based on a positive result.

Signature: *Mary Newell*   Date: *12-11-00*

### FELONY CONVICTIONS:

I understand that employment with the Company is contingent upon my not having any FELONY convictions. I further understand that if the Massachusetts CORI check shows any open cases, that have been continued or felony convictions, I will be **terminated from my position Immediately**. I also understand that the cost of $15.00 paid to the Commonwealth of Massachusetts by the company will be deducted from my first pay check as a condition of employment.

Signature: *Mary Newell*   Date: *12-11 00*

### WAGES PAID:

I am aware that different sites pay different pay rates and it is my responsibility to inquire if transferred what the uniform and wage rate will be. All training will be paid at minimum wage unless otherwise stipulated in writing from my manager. Pending the return of a CORI check the Company may elect to pay me minimum wage for two weeks. The difference between my starting rate of pay and minimum wage will be retroactively paid to me when the Company receives a clean CORI check back. My initial rate of pay will be $ *8.50* and my assignment will be _____

Signature: *Mary Newell*   Date: *12- 11-00*

### TRAINING & ASSIGNMENT:

I have been scheduled for MANDATORY BASIC TRAINING and **I must attend in FULL UNIFORM**. I further understand that I am required to complete all training assignments and will be paid minimum wage for such training. I also understand that I am not assigned to any one particular site and at the companies discretion may be move at any time. I am required that if my personal situation changes at any time and I become unavailable to work the shifts that i indicated on my employment application I am required to notify the Company in writing of such changes. When assigned to a site for training I understand that to get paid for such training I must successfully complete a signed training verification test and return it to the main office within 14 days of such training. I agree if Celadon loses the contract at which I am assigned I may not work in any capacity at that site for a period of 12 months. See separate page on training

### APPOINTMENT FOR REQUIRED TRAINING

As a Celadon employee I am required as a condition of employment to complete a training session within 14 days of my date of hire. If Fail to attend a scheduled training session I will be subject to suspension until I have completed the required training. Training is paid at training rate and conduced at the Boston office located at 77 North Washington Street. I understand that I must attend a basic training (orientation) class at the Celadon Corporate offices at 77 North Washington Street on:

Date_____   Day_____   Time:_____   IN FULL UNIFORM

I agree to attend the above class or risk being suspended until I complete the required training.

---

Cut and Give to New Employee
==========================================================================

_____, you have an appointment for training with Celadon at 77 North Washington on:
Name

Date_____   Day_____   Time:_____   IN FULL UNIFORM

BASIC TRAINING ASSIGNMENT

C112

Celadon 2

# EMPLOYMENT TERMS & CONDITIONS

**UNIFORM AND EQUIPMENT:**

I understand that upon separation or termination from the Company my last paycheck will be held until all uniforms and equipment are returned to the main office in good condition. I further understand that I am responsible for any and all lost uniforms and equipment. I further understand that every employee of the company is required to fill out and sign a company separation form before the last check will be released. **Uniform / Equipment security deposit:** All new employees agree to have a weekly deduction of $25.00 for 5 consecutive weeks to cover the security deposit. Upon return of equipment and uniforms the security deposit will be refunded plus interest at the rate of 5 % per annum if requested. All missing items will be deducted at cost. As outlined below. The wearing of the company uniform or any part thereof for any purpose other than Celadon business is strictly against company policy. Employees who break this rule will be subject to termination or loss of their uniform allowance.

Celadon will provide at no cost to their employees, uniforms in a clean and usable condition. I understand and agree that it is my responsibility to furnish my own black LEATHER shoes, black socks and black belt. Upon termination of employment, for whatever reason I agree to clean all uniforms and return them to Celadon at the office at which I was issued said uniforms prior to receiving my final paycheck or any other money owed me.

If the uniforms, badges or other equipment are not returned, or not returned in a clean and usable condition, I authorize Celadon to deduct the cleaning, or replacement costs from my final paycheck or any other money owed to me.

| Replacement Cost | Item | Cleaning Cost |
|---|---|---|
| $25.00 | Uniform Shirts | $2.00 |
| 25.00 | Uniform Pants | $2.00 |
| $50.00 | Bomber Jacket | $8.00 |
| $65.00 | Blazer | $4.00 |
| $25.00 | Wind breaker | $5.00 |
| $ 5.00 | Hat | $2.00 |
| $12.00 | Badge | N/A |

Signature: *Mary Newell*   Date: 12-11-00

**Hepatitis B Exposure and Vaccination Policy**

The primary job of a security officer does not put me in contact with blood or other potentially infectious materials, nonetheless I understand I may have unanticipated exposure on certain job assignments which would put me at risk of acquiring the Hepatitis B virus. I understand I may obtain the Hepatitis B vaccination from my own doctor at my expense. I I decline to do this I continue to be at risk of acquiring Hepatitis B. If, in my assignment with Celadon, I should have occupational exposure to blood or other infectious materials and I wan to be vaccinated with the Hepatitis B vaccine, I can receive the vaccine series at no cost to me

Signature: *Mary Newell*   Date: 12-11-00

**Vehicle Responsibility Policy**

As an employee of Celadon and if I am assigned to drive a Celadon or client vehicle I assume some responsibility for the proper use of that vehicle. I am expected to inspect the vehicle and report all deficiencies and damage to Dispatch before using the vehicle. I am also expected to routinely check to ensure that all fluid levels are proper before operating the vehicle. I am required to adhere to all Massachusetts driving laws, including the use of seat belts. Failure to use the vehicle seat belts will absolve the company and its Workers Compensation insurance carrier from all responsibility in case of injury. I also agree that any damage that occurs to the vehicle while under my control may be assessed to me, pending and investigation to determine negligence. A monetary fee may be charge to me, through weekly payroll deductions for the repair of the vehicle up to $500.00

Signature: _____   Date: _____

**RULES & REGULATIONS:**

I have read the Company rules and regulations and agree to comply in full. A copy of said rules and regulations is posted in the lobby of the main office.

Signature: *Mary Newell*   Date: 12-11-00

C113

# Celadon 3

## EMPLOYMENT TERMS & CONDITIONS

**Grounds for Immediate Termination**

1. Leaving an assigned post without proper relief or without the permission a supervisor. If a relieving officer is tardy the active officer will remain until relief arrives and the active officer will be compensated accordingly.

2. **Unauthorized absences** from a scheduled shift without a credible reason. You must take all necessary precautions and make all necessary arrangements to ensure that you can work an assigned shift. You must give your supervisor as much time as possible to find a replacement for you. As soon as you know you can not work so should your supervisor. Any attempt to not show up for an assignment within four hours of your scheduled shift will be examined under close scrutiny for credibility and may result in loss of tenure. Loss of tenure will result in loss of vacation and time in grade.

3. Theft or pilferage of Celadon or Client property.

4. Speaking to any Celadon client about Celaon related problems or concerns. All Celadon business should be addressed to a Celadon manager or supervisor.

5. Any act of cruelty or oppression exhibited toward a Celadon employee or client employee.

6. Failure to maintain confidentiality of Celadon or client information.

7. Having possession of, drinking, or being under the influence of an intoxicating liquor while on duty.

8. False reporting of activities or lying.

9. Appearing to sleep, in a slumped, relaxed position with your head down or sleeping on duty.

10. Neglect of assigned duty, policies and or procedures of Celadon or client.

11. Immoral or indecent behavior.

12. Unnecessary harshness, violence or profane language.

13. Accepting any fees or reward for job duties.

I have read the above statement and understand that any violation may result in my immediate termination from Celadon.

Signature: *Mary Newell*   Date: 12-11-00

Signature: _____   Date: _____

C114

# Celadon 4

## EMPLOYMENT TERMS & CONDITIONS

**STANDARDS OF EMPLOYMENT**

1   My employment is introductory for a period of 60 days from the date of hire. This probationary period allows for Celadon to review and evaluate me on my performance. During this 60 day probationary period I may be terminated without cause or recourse.

2.  I will not be promised any shift, site location, duty assignment or pay rate and I agree to work wherever assigned *and* whatever hours I am assigned.

3.  1 must provide my own transportation to whatever site I am assigned.

4.  I must provide a telephone number where I can be reliably contacted.

5.  I must become completely familiar with all aspects of the site to which I am assigned.

6.  In the event I am unable to report for a scheduled shift I must give as much notice as possible. Unauthorized Absences (UA) from shifts will be investigated for credibility.

7.  I will only wear my uniform while on duty or traveling to and from work.

8.  1 will provide black footwear and black socks the remainder of my uniforms will be supplied by Celadon.

9,  I will be at my assigned post on time, in uniform and prepared to work.

10.  When I am being trained on a new property or retrained on a familiar one I will be paid a training rate of the state, in which I   working, minimum wage for the hours of training I receive.

11.  I will never fraternize with employees/residents of the property at which I am assigned. I will riot visit them at any time on or off duty.

By signing below I confirm that I have read, understand and agree to adhere to all of <u>Celadon</u> Standards of Employment. Furthermore, I understand that these Standards of Employment are only some of the policies and procedures which I must follow. I will read all employee handbooks and site manuals for a complete understanding of  Celadon's  policies and procedures.

Signature: _____          Date: _____

**Standard**

I have read the above statement and understand that  any violation may result in my immediate termination from Celadon.

Celadon 5

# EMPLOYMENT TERMS & CONDITIONS

## JOB DESCRIPTION
## SECURITY OFFICER

**Purpose:**

This job description *summarizes* the general duties and responsibilities of the position of uniformed security officer. This job description will be supplemented by site specific job descriptions for individual security officer posts.

**Duties and Responsibilities:**

Generally, the responsibility of a security officer is to prevent unauthorized access to client facilities, to safeguard client assets and to assist client's management in maintaining a safe and secure work environment,

These objectives are met by the duties defined for two basic security functions: observe and report.

The general duties of the uniformed security officer are:
   Reporting directly to a Celadon manager or account supervisor any problems or questions.
   Enforcing all client policies and regulations, Conducting safety and security patrol tours, Making emergency notifications as necessary.
   Controlling access through assigned posts in accordance with client directives.
   Alerting other officers and client employees to unusual or hazardous conditions,
   Monitoring building fire and intrusion alarm systems and CCTV if applicable.
   Accurately maintain daily logs and other required reports.
   Responding to requests for assistance
   Performing all site specific duties in a professional thorough and courteous manner.

Signature: *Mary Newell*                    Date: 12-11-00

Signature: _____    Date: _____

C116

Celadon 6

# SEXUAL HARASSMENT POLICY OF
## Celadon Services

**I   Introduction**

It is the goal of Celadon Security to promote a workplace that is free of sexual harassment. Sexual harassment of employees occurring in the **workplace or in other settings in** which employees may find themselves in **connection with** their employment is unlawful and will not be tolerated by this organization. Further, any retaliation against an individual who has complained about sexual harassment or retaliation against individuals for not cooperating with an investigation of a sexual harassment complaint is similarly unlawful and will not be tolerated. To achieve our goal of providing a workplace free from sexual harassment, the conduct that is described in this policy will not be tolerated and we have provided a procedure by which inappropriate conduct will be dealt with if encountered by employees.

Because Celadon Security Inc. takes allegations of sexual harassment seriously, we will respond promptly to complaints of sexual harassment and where it is determined that such inappropriate conduct has occurred, we will act promptly to eliminate the conduct and impose such corrective action as is necessary, including disciplinary action where appropriate.

Please note that while this policy sets forth our goals of promoting a workplace that is free of sexual harassment, the policy' is not designed or intended to limit our authority to discipline or take remedial action for workplace conduct which we deem unacceptable, regardless of whether that conduct satisfies the definition of sexual harassment.

**II   Definition of Sexual Harassment**

In Massachusetts, the legal definition for sexual harassment is this:

"sexual harassment" means sexual advances requests for sexual favors, and verbal or physical conduct of a sexual nature when:

(a) submission to or rejection of such advances, requests or conduct is made either explicitly or implicitly a term or condition of employment or as a basis for employment decisions; or

(b) such advances requests or conduct have the purpose or effect of unreasonably interfering with an individual's work performance by creating an intimidating hostile, humiliating or sexually offensive work environment.

Under these definition direct or implied requests by a supervisor for sexual favors in exchange for actual or promised job benefits such as favorable reviews, salary increases, promotions, increased benefits, or continued employment constitutes sexual harassment

The legal definition of sexual harassment is broad and in addition to the above examples, other sexually oriented conduct, whether it is intended or not that is unwelcome and has the effect of creating a work place environment that is hostile, offensive, intimidating, or humiliating to male and female workers may also constitute sexual harassment.

While it is not possible to list all those additional circumstances that may constitute sexual harassment, the following are some examples of conduct which if unwelcome, may constitute sexual harassment depending upon the totality of the circumstances including the severity- of the conduct and its perverseness:

* Unwelcome sexual advances whether they involve physical touching or not;
* Sexual epithets, jokes, written or oral references to sexual conduct, gossip regarding one's sex life; comments on an individual's body, comment about an individual's sexual activity, deficiencies, or prowess;
* Displaying sexually suggestive objects, pictures, cartoons-
* Unwelcome leering, whistling brushing against the body, sexual gestures, suggestive or insulting comments;
* Inquiries into one's sexual experiences; and,
* Discussion of one's sexual activities.

An employees should take special note that, as stated above, retaliation against an individual who has complained about sexual harassment, and retaliation against individuals for cooperating with an investigation of a sexual harassment complaint is unlawful and will not be tolerated by this organization. if. Complaints of Sexual Harassment

**III   Complaints of Sexual Harrasment**

if any of our employees believes that he or she has been subjected to sexual harassment, the employee has the right to file a complaint with our organization. This may be done in writing or orally.

"you would like to file a complaint you may do so by contacting (Name - **address - and** telephone number of The **'appropriate individual to whom complaints should be addressed. Such individuals may include: human resources director!** *manager* legal counsel to organization/or other appropriate supervisor personnel This person (These persons) are also available to discuss any concerns you may have and to provide information to you about our policy on sexual harassment and our complaint process.

**IV.   Sexual harassment Investigation**

When we receive the complaint we will promptly investigate the allegation in a fair and expeditious manner The **investigation** will be conducted in such away as to maintain confidentiality to The extent practicable under the circumstances, Cur investigation will include a private **interview** with the person filing the complaint and with witnesses. We will also interview the person alleged to have committed sexual harassment. When we have completed our investigation, we will, to the extent appropriately inform the person filing the complaint and the person alleged to have committed the conduct of the results of that investigation.

If it is determined that inappropriate conduct has occurred, we will act promptly to eliminate the offending conduct, and where it is appropriate we will also impose the disciplinary action,

**V.   Disciplinary Action** If it is determined that inappropriate conduct has been committed by one of our employees, we will take such action as is appropriate under the circumstances. Such action may range from counseling to termination from employment, and may include such other forms of disciplinary action as we deem appropriate under the circumstances.

**VI   State and Federal Remedies**

In addition to the above, if you believe you have been subjected to sexual harassment, you may file a formal complaint with either or both of the **government agencies set forth below. Using our complaint process does not prohibit** you from filing a complaint with these agencies. Each of the agencies has a **short time period for filing a claim** (EEOC - 180 days; MCAD - 6 months).

1. The United Sates Equal Employment Opportunity' Commission ("EEOC")
   Congress Street - 10th Floor
   Boston, MA 02114          (617) 365-3200

2. The Massachusetts Commission Against Discrimination ton ("MCAD")
   Boston Office:        Springfield Office:
   One Ashburton Place Room 601        424 Dwight Street, Rm. 220
   Boston MA 02108      (617)727-3990                  Springfield, MA 01103     (413)739-2145

# Celadon 7

*Full time will start on part time basis*

*J-Hopi 9:30-11:30 M,T,W,F*

## INTERVIEW SHEET

*Public transportation*

**Applicant Name:** Mary Newell  **City:** Dorchester

**Telephone #** 282-8203  **Verify:** _____  **Emergency Tel # (Other than First) Verify** _____

**AVAILABILITY:** Weekends ____ 12-8 ____ 8-4 ____ 4-12 ✓ Weekdays ____ 12-8 ____ 8-4 ____ 4-12 ✓

**QUALIFICATIONS:** Gun permit Yes [ ] No [ ] Mass Drivers License: _____ Criminal Record Yes [ ] No [ ]

**INFORMATION:** Salary range Start: ____ 90 Days ____ How did you hear about Celadon: _____

## REFERENCES (MUST BE CHECKED PRIOR TO HIRE)

Telephone   Type   Eligible for Rehire   Dates of Employment   Supervisor   Spoke With

1. _____
2. _____
3. _____
4. _____
6. _____
7. _____
8. _____
9. _____
10. _____

**Proposed assignment:** _____   **Status:** Hold   2nd Interview   No Hire

**Interviewer:** _____   **Date:** _____   **Evaluation:** _____

Form 7 Employment Interview 11.1.00 fk

C118