UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY NEWELL,                                )
    Plaintiff,                              )
                                                )
v.                                                   )    DOCKET NO.  04-10429- JGD
                                                )
CELADON SECURITY SERVICES, INC., )
RODNEY BUTLER, KEITH GREEN;   )
AND ABEDEKADER KOUIDRI,          )
    Defendants.                           )

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR FILING A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully moves for a two-week extension of time for filing her response to the motion for summary judgment of Defendant Celadon Security Services, Inc.  Plaintiff's response is currently due on 6/30/05.  Plaintiff respectfully requests a two-week extension until **7/14/05**.  In support of this motion, Plaintiff states:

1. Pursuant to the Scheduling Order, Plaintiff's response is due on 6/30/05.

2. Plaintiff's counsel, a sole practitioner, has a multiple day jury trial on an employment discrimination case before District Court Judge Edward Harrington starting on Monday, 6/27/05.  The trial preparations for that case have interfered with the ability of Plaintiff's counsel to devote the necessary time to the preparation of Plaintiff's response to the summary judgment motion.

3. The undersigned acknowledges that the Scheduling Order allowed Plaintiff 30 days to file her response, yet this additional time was not due to the any trial conflicts.  Rather, it was a courtesy extended in advance based on expected time needed due to his sole practitioner status.

4.     Allowance of this motion will not prejudice Defendant nor is it expected to unduly prolong the litigation.  Plaintiff respectfully requests the courtesy of this short extension to allow her counsel sufficient time to prepare an appropriate response to Defendant's dispositive motion.

**WHEREFORE**, Plaintiff respectfully requests the Court to allow a two-week extension of time for filing her response to Defendant's motion for summary judgment until 7/14/05.

MARY NEWELL,

By her attorney,

/s/ Richard A. Mulhearn
Richard A. Mulhearn
BBO #359680
Law Office of Richard A. Mulhearn, P.C.
41 Elm Street
Worcester, MA  01609
(508) 753-9999

Dated: June 20, 2005.

LOCAL RULE 7.1(A)(2) CERTIFICATE

Richard A. Mulhearn, Attorney for Plaintiff, certifies that he has conferred with opposing counsel and that a good faith attempt was made to eliminate or narrow the issues raised in this motion.

/s/ Richard A. Mulhearn
Richard A. Mulhearn

Dated:  June 20, 2005.