UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>        Plaintiff,<br><br>v.<br><br>CELADON SECURITY SERVICES, INC., RODNEY BUTLER, KEITH GREEN, AND ABEDEKADER KOUIDRI,<br>        Defendants. | CIVIL ACTION NO.:<br>04-10429-JGD |

### JOINT MOTION TO RESCHEDULE SCHEDULING HEARING

Plaintiff, Mary Newell, and Defendant, Celadon Security Services, Inc. ("Celadon"), the only non-defaulting parties in this action, respectfully request that the Court reschedule the hearing on Celadon's motion for summary judgment currently scheduled for September 1, 2005 at 10:00 a.m. As grounds therefor, the non-defaulting parties state as follows:

1. Edward Kutchin, counsel to Celadon, is scheduled to be on vacation on the currently scheduled hearing date. Attorney Kutchin's family vacation was scheduled quite some time ago.

2. Following discussion between the non-defaulting parties, September 12, 2005 is mutually convenient for the non-defaulting parties remaining in this action.

3. Following discussion, Attorney Mulhearn has agreed to join in this motion.

WHEREFORE, for the foregoing reasons, the non-defaulting parties remaining in this action jointly and respectfully request that the Court reschedule the hearing to the above-referenced date.

RESPECTUFLLY SUBMITTED,

| | |
|---|---|
| Mary Newell,<br>by her attorney, | Celadon Security Services, Inc.,<br>By its attorneys, |
| /s/ Richard A. Mulhearn<br>Richard A. Mulhearn, Esq.<br>BBO No. 359680<br>Law Offices of Richard A. Mulhearn<br>41 Elm Street<br>Worcester, MA  01609<br>(508) 753-9999 | /s/ Kerry R. Northup<br>Edward D. Kutchin, Esq.<br>BBO No. 281920<br>Kerry R. Northup, Esq.<br>BBO No. 633016<br>Kutchin & Rufo, P.C.<br>155 Federal Street, 17th Floor<br>Boston, MA  02110-1727<br>(617) 542-3000 |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing by mailing a copy of same, postage prepaid, to Richard A. Mulhearn, Esquire, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609.

Dated: July 21, 2005

/s/ Kerry R. Northup
Kerry R. Northup

F:\Files\3687\Pleadings\Joint Motion to Reschedule Hearing.doc