UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY NEWELL,<br>      Plaintiff,<br><br>v.<br><br>CELADON SECURITY SERVICES, INC., RODNEY BUTLER, KEITH GREEN, AND ABEDEKADER KOUIDRI,<br>      Defendants. | CIVIL ACTION NO.:<br>04-10429-JGD |

**DEFENDANT CELADON SECURITY SERVICES, INC.'S
MOTION FOR LEAVE TO FILE REPLY**

Defendant Celadon Security Services, Inc. ("Celadon"), pursuant to Local Rule 7.1(B)(3), hereby moves for leave to file a Reply Memorandum of Law in response to Plaintiff, Mary Newell's, Memorandum in Opposition (the "Opposition") to Defendant's Motion for Summary Judgment. In support thereof, Celadon states that the Opposition raises new issues of fact not addressed in Celadon's Motion for Summary Judgment. The proposed Reply Memorandum is necessary to address and respond to these and other arguments raised for the first time in the Opposition, and will materially aid the Court in deciding the pending motion.

A copy of the proposed Reply Memorandum of Law, totaling three (3) pages, is attached hereto.

WHEREFORE, Celadon respectfully requests that this Court allow its motion for leave to file a reply brief to the Plaintiff's Opposition, and grant such other and further relief that the Court deems just and proper.

Celadon Security Services, Inc.,
By its attorneys,

_____
Edward D. Kutchin, Esq.
BBO No. 281920
Kerry R. Northup, Esq.
BBO No. 633016
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA 02110-1727
(617) 542-3000

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

On behalf of Defendant Celadon Security Services, Inc., I hereby certify that an attempt was made by undersigned counsel to attempt to resolve or narrow the issues raised in the above motion, pursuant to Local Rule 7.1.

_____
Kerry R. Northup

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a true and correct copy of the foregoing by mailing a copy of same, postage prepaid, to Richard A. Mulhearn, Esquire, Law Offices of Richard A. Mulhearn, 41 Elm Street, Worcester, MA 01609.

Dated: July 22, 2005

_____
Kerry R. Northup

F:\Files\3687\Pleadings\Motion for Leave to File Reply.doc