UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARY NEWELL,                          )
                                      )
             Plaintiff,               )
      v.                              )          CIVIL ACTION
                                      )          NO. 04-10429-JGD
CELADON SECURITY SERVICES, INC.,      )
KEITH GREEN, RODNEY BUTLER,           )
and ABEDEKADER KOUIDRI,               )
                                      )
             Defendants.              )


JUDGMENT

DEIN, U.S.M.J.

      In accordance with the Court's Memorandum of Decision and Order dated January

17, 2006 granting the defendant Celadon Security Services, Inc.'s motion for summary

judgment in the above-entitled action, it is hereby ORDERED:

      Judgment for the defendant Celadon Security Services, Inc.

                                      SARAH THORNTON
                                      CLERK OF COURT


                                       / s / Jolyne D'Ambrosio
                                      By:  Deputy Clerk

DATED:  February 2, 2006